UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

                           Plaintiff,                  **MEMORANDUM**

              -against-                              25 Cr. 240 (KMK)

VERNON SPENCER,

                        Defendant.

-----------------------------------------------------------x

TO:  <u>Kenneth M. Karas, United States District Judge:</u>

      Please find attached a transcript of the May 22, 2025 plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated: June 5, 2025
          White Plains, New York

                                                  Respectfully Submitted,

                                                  *Judith C. McCarthy*
                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge